UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT,<br><br>           Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>           Respondent. | No.  2:21-cv-01270 TLN AC<br><br><br>**ORDER** |

Petitioner, a former county jail inmate proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 14, 2021, the magistrate judge issued findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 38.)  Petitioner has not filed objections to the findings and recommendations.

Although it appears from the file that Petitioner's copy of the order was returned, Petitioner was properly served.  It is Petitioner's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the parties is fully effective.

///

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued October 14, 2021 (ECF No. 38) are ADOPTED in full;

2. All of Petitioner's outstanding motions (*see* ECF Nos. 14, 16, 19, 20, 21, 22, 23, 24, 26, 28, 30, 32, 33, 35) are DENIED as moot;

3. This action is SUMMARILY DISMISSED for failure to file a proper application to proceed *in forma pauperis* or, in the alternative, to pay the filing fee; and

4. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: January 28, 2022

Troy L. Nunley
United States District Judge